UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID LEAPARD and IMF FINANCE SA, on their own behalf and on behalf of all others similarly situated,

                  Plaintiffs,

-against-

ALLEN T.Y. CHAN, DAVID J. HORSLEY, KAI KIT POON, W. JUDSON MARTIN, WILLIAM E. ARDELL, JAMES P. BOWLAND, JAMES M.E. HYDE, EDMUND MAK, GARRY J. WEST, ALBERT IP, ALFRED C.T. HUNG, GEORGE HO, SIMON YEUNG, POYRY (BEIJING) CONSULTING COMPANY LIMITED, BANC OF AMERICA SECURITIES LLC, CREDIT SUISSE SECURITIES (USA) LLC, SINO-FOREST CORPORATION, and ERNST & YOUNG LLP,

                  Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/2021

12 Civ. 1726 (AT) (KNF)

**ORDER**

ANALISA TORRES, District Judge:

      On June 10, 2015, this action was stayed pending final disposition of parallel proceedings in Canada. ECF No. 51. On March 20, 2019, the Court ordered that the parties file status letters every ninety days. ECF No. 76. Since then, the parties filed three status letters, the last one being filed on October 14, 2019. ECF No. 79.

      By **December 1, 2021**, the parties shall file a joint letter updating the Court on the status of this action, including the impact of the related Canadian litigation.

      SO ORDERED.

Dated: November 19, 2021
       New York, New York

                                                      ANALISA TORRES
                                        United States District Judge