USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
DAVID LEAPARD and IMF FINANCE SA on their own behalf and on behalf of all others similarly situated,

      Plaintiffs,

  -against-

ALLEN T.Y. CHAN, DAVID J. HORSLEY, KAI KIT POON, W. JUDSON MARTIN, WILLIAM E. ARDELL, JAMES P. BOWLAND, JAMES M.E. HYDE, EDMUND MAK: HARRY J. WEST, ALBERT IP, ALFRED C.T. HUNG, GEORGE HO, WIMON YEUNG, POYRY (BEIJING) CONSULTING COMPANY LIMITED, BANC OF AMERICA SECURITIES LLC, CREDIT SUISSE SECURITIES (USA) LLC, SINO-FOREST CORPORATION, AND ERNST & YOUNG LLP,

      Defendants.
------------------------------------- X

Case no: 1:12-cv-01726 (AT) (KNF)

## ORDER OF DISMISSAL

IT IS HEREBY ORDERED, that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Lead Plaintiffs hereby voluntarily dismiss the above-captioned action against the remaining defendants herein. As grounds thereof, Plaintiff states that Defendant Sino-Forest Corporation's liquidation proceedings previously pending in the Ontario Superior Court of Justice has been dismissed. Lead Plaintiffs further state that no opposing party has either served an answer or a motion for summary judgment.

SO ORDERED.

Dated: December 22, 2021
      New York, New York

_____
ANALISA TORRES
United States District Judge